# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

No. 16-1276

ACQIS LLC,

*Appellant*,

v.

HEWLETT-PACKARD COMPANY, INTERNATIONAL BUSINESS MACHINES CORPORATION,

*Appellees*.

*Appeal from the United States Patent and Trademark Office: 95/011,475*

## APPELLANT ACQIS LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF

James P. Brogan
Britton F. Davis
COOLEY LLP
380 Interlocken Crescent, Suite 900
Broomfield, CO  80021
(720) 466-4000

*Attorneys for Appellant ACQIS LLC*

Pursuant to Federal Rule of Appellate Procedure 26(b) and Federal Circuit Rule 26(b), Appellant ACQIS LLC hereby moves the Court for a 60-day extension of time within which to file ACQIS LLC's initial brief on appeal ("Opening Brief"), thereby extending the due date from Monday, February 1, 2016 to Friday, April 1, 2016. Attorneys for Appellees Hewlett-Packard Company and International Business Machines Corporation do not oppose this motion. This is the Appellant's first request for an extension to file its Opening Brief.

The extension of time is necessary because the current due date of the Opening Brief is shortly before counsel for Appellant has a brief due before this Court in another case. Counsel for Appellant also has deadlines associated with an upcoming trial in another case around the current due date. Counsel for Appellant also has existing travel plans associated with the intervening holidays. Appellant requests additional time due to the deadlines associated with its counsel's upcoming appeal and trial deadlines and holiday travel plans. The reasons for this request for an extension are set forth more fully in the attached declaration of Britton F. Davis.

WHEREFORE, Appellant respectfully requests that the time within which it must file its Opening Brief be extended by 60 days up to and including April 1, 2016.

Dated: December 21, 2015  Respectfully submitted,

*/s/ Britton F. Davis*
Britton F. Davis

James P. Brogan
Britton F. Davis
**COOLEY LLP**
380 Interlocken Crescent, Suite 900
Broomfield, CO 80021-8032
Email: jbrogan@cooley.com
Email: bdavis@cooley.com
Telephone: (720) 566-4000
Facsimile: (720) 566-4099

*Attorneys for Appellant ACQIS LLC*

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

ACQIS LLC v. Hewlett-Packard Company and
International Business Machines Corporation

No. 2016-1276

**CERTIFICATE OF INTEREST**

Counsel for the Appellant, ACQIS LLC, certifies the following:

1. **The full name of every party represented by us is:**

   ACQIS LLC

2. **The name of the real party in interest represented by us is:**

   ACQIS LLC

3. **All parent corporations and any publicly-held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:**

   ACQIS Technology, Inc. is ACQIS LLC's parent corporation. No publicly-held corporation owns 10% or more of ACQIS LLC's stock

4. **The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court (and who have not or will not enter an appearance in this case) are:**

   James P. Brogan, Britton F. Davis, of Cooley LLP; David L. McCombs of Haynes & Boone, LLP


Dated: December 21, 2015                /s/  Britton F. Davis
                                        Britton F. Davis
                                        Counsel for Appellant, ACQIS LLC

# CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2015, a copy of the following document:

**APPELLANT ACQIS LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF**

was filed electronically with the Clerk of Court using the CM/ECF system and, accordingly, served on counsel of record who have registered for such service.

                                               */s/ Britton F. Davis*
                                               Britton F. Davis
                                               COOLEY LLP
                                               380 Interlocken Crescent, Suite 900
                                               Broomfield, CO 80021-8023
                                               E-Mail: bdavis@cooley.com
                                               Tel: 720-566-4000
                                               Fax: 720-566-4099

125516367 v1