NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**In re: ACQIS LLC,**
*Appellant*

2016-1276

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 95/001,475.

**O R D E R**

ACQIS LLC moves unopposed to extend by 60 days, to April 1, 2016, the time to file its opening brief. Hewlett-Packard Company and International Business Machines Corporation inform the court that they will not be participating in this appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to extend time is granted.

(2) The revised official caption is reflected above.

(3) The Director of the United States Patent and Trademark Office is directed to inform this court within 30 days from the date of this order whether she intends to intervene in this appeal.

    (3) If the Director elects to participate as intervenor, her brief shall be served within 40 days from the date of filing of ACQIS's opening brief.

                                                          FOR THE COURT

                                                          /s/ Daniel E. O'Toole
                                                          Daniel E. O'Toole
                                                          Clerk of Court

s31

cc: United States Patent and Trademark Office